COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 JOSE A. LOPEZ,
  
                            
 Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00358-CR
  
 Appeal from the
  
  83rd Judicial District Court
  
 of Terrell
 County, Texas
  
 (TC# 716)
  
 
 


MEMORANDUM
OPINION

 

Pending before the
Court is Appellant’s motion to dismiss this appeal pursuant to Tex. R. App. P. 42.2(a).  As required by the rule, Appellant and his attorney
have signed the motion to dismiss. 
Further, the Clerk of this Court has forwarded a duplicate copy of the
motion to the clerk of the trial court. 
Because Appellant has complied with the requirements of Rule 42.2(a), we
grant the motion and dismiss the appeal.

 

February 6, 2013                                             GUADALUPE
RIVERA, Justice

 

Before McClure, C.J., Rivera, and Rodriguez, JJ.

 

(Do Not Publish)